

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-17-00680-CV

**IN THE INTEREST OF A.J.M., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02783
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On October 5, 2017, the trial court signed an order terminating Appellant's rights to his children. On October 13, 2017, Appellant filed a notice of accelerated appeal. *See* TEX. R. APP. P. 26.1(b). The reporter's record was due on October 23, 2016. *See id.* R. 35.1(b).

On October 30, 2016, court reporter Elva G. Chapa filed a notification of late reporter's record. She indicated her other duties prevent her from immediately completing the record and she needs more time to prepare the record in this appeal.

The reporter's motion for extension of time to file the reporter's record is GRANTED IN PART. **The reporter's record must be filed with this court by November 2, 2017.** *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

The child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays in obtaining the reporter's record will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West 2014)). **Any further requests for extension of time to file the reporter's record will be disfavored.**

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2017.



KEITH E. HOTTLE,
Clerk of Court